AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Sandra D. Prince | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.    0:10-cv-2256-CMC-PJG |
| Commissioner of Social Security Administration | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____ .

■ other: The Commissioner's decision is affirmed.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge.


Date:    October 18, 2011                              *CLERK OF COURT*


                                              s/Ashley Williams, Deputy Clerk
                                       _____
                                            *Signature of Clerk or Deputy Clerk*